IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

OLYMPIC CONTROLS CORP., an
Oregon corporation                                             CV 05-765-AS

        Plaintiff,                                             ORDER

v.

TEKNIC, INC., a New York
corporation,

        Defendant.

REDDEN, Judge:

    On July 10, 2006, Magistrate Judge Ashmanskas filed his Findings and Recommendation (doc. 57) that Defendant's Motion to Dismiss as well as the alternative Motion to Transfer (doc. 41) be denied. The matter is now before me. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See 28 U.S.C. § 636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-75 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

PAGE 1

Accordingly, I ADOPT Magistrate Judge Ashmanskas' Findings and Recommendation (doc. 57) that Defendant's Motion to Dismiss as well as the alternative Motion to Transfer be DENIED.

IT IS SO ORDERED.

DATED this <u>2nd</u> Day of October, 2006.

<u>/s/ James A. Redden</u>
James A. Redden
United States District Judge